

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 2:22-cr-105 |
| Plaintiff, | : | |
| vs. | : | JUDGE Marbley |
| TANYA BAIRD | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 841(b)(1)(C) |
| Defendant. | : | 21 U.S.C. § 846 |
| | : | **INFORMATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>:
**Conspiracy to Possess with Intent to Distribute Controlled Substances**

Between on or about October 17, 2018, and March 23, 2022, the exact dates being unknown, in the Southern District of Ohio and elsewhere, the defendant, **TANYA BAIRD**, did knowingly, intentionally, and unlawfully conspire and confederate with others, both known and unknown to the United States, to possess, with intent to distribute, a mixture or substance containing a detectable amount of synthetic cannabinoid K2/Spice, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 846.

KENNETH L. PARKER
United States Attorney

MICHAEL J. HUNTER
Assistant United States Attorney

1